IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| JOANN BLADES, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED | § § § § | PLAINTIFFS |
| v. | § § | Civil Action No. 1:06CV1000-HSO-JMR |
| COUNTRYWIDE HOME LOANS, INC.; COUNTRYWIDE FINANCIAL CORPORATION; BALBOA INSURANCE COMPANY; NEWPORT INSURANCE COMPANY; and NEWPORT MANAGEMENT CORP. | § § § § § § § | DEFENDANTS |

## ORDER GRANTING AS UNOPPOSED DEFENDANT BALBOA INSURANCE COMPANY'S MOTION FOR SUMMARY JUDGMENT

BEFORE THE COURT is the Motion of Defendant Balboa Insurance Company ("Balboa"), for Summary Judgment [253], filed pursuant to Federal Rule of Civil Procedure 56, on June 22, 2009. Defendant Balboa moves the Court to dismiss Plaintiff's claims against it on grounds that it was mistakenly named as a Defendant in this matter, as it did not issue the insurance coverage that is the subject of this lawsuit. Plaintiff's Response [265] to Balboa's Motion states that she does not oppose the granting of Defendant's Motion. After a full review of the record, and being fully advised in the premises, the Court finds that the Motion is well taken, and should be granted.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that, the Motion of Defendant Balboa Insurance Company, for Summary Judgment [253], filed

pursuant to Federal Rule of Civil Procedure 56, on June 22, 2009, should be and is hereby **GRANTED**, and Plaintiff's claims against this Defendant are hereby **DISMISSED WITH PREJUDICE.** This case will proceed against the remaining Defendants.

**SO ORDERED AND ADJUDGED,** this the 29th day of October, 2009.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE