IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| JOANN BLADES, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED | § § § § | PLAINTIFFS |
| v. | § § | Civil Action No. 1:06CV1000-HSO-JMR |
| COUNTRYWIDE HOME LOANS, INC.; COUNTRYWIDE FINANCIAL CORPORATION; BALBOA INSURANCE COMPANY; NEWPORT INSURANCE COMPANY; and NEWPORT MANAGEMENT CORP. | § § § § § § § | DEFENDANTS |

## FINAL JUDGMENT

This matter came on to be heard on the Renewed Motion to Dismiss for Lack of Jurisdiction [243] or, alternatively, Motions for Summary Judgment filed by Defendants Countrywide Home Loans, Inc. [245], Newport Insurance Company [247], Newport Management Corporation [249], Countrywide Financial Corporation [251], and Balboa Insurance Company [253]. The Court, after a full review and consideration of the record, the parties' submissions, the pleadings on file, and the relevant legal authorities, finds that in accord with its Orders dated March 19, 2008 [143], March 27, 2009 [240], and October 29, 2009 [276], as well as its Memorandum Opinion and Order entered herewith,

**IT IS, ORDERED AND ADJUDGED,** that judgment is rendered in favor of Defendants pursuant to Federal Rule of Civil Procedure 12(b)(1).

**IT IS, FURTHER, ORDERED AND ADJUDGED**, that all remaining

pending motions are hereby denied as moot, and this Civil Action is hereby dismissed.

**SO ORDERED AND ADJUDGED,** this the 5th day of November, 2009.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE